**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

No. 95-30285
Summary Calendar

WILEY STEWART,

Plaintiff-Appellant,

versus

CITY OF LAKE CHARLES, ET AL.,

Defendants-Appellees.

Appeal from the United States District Court
For the Western District of Louisiana
(92-CV-1591)

(August 7, 1995)

Before POLITZ, Chief Judge, HIGGINBOTHAM and BENAVIDES, Circuit
Judges.

PER CURIAM:[*]

Wiley Stewart appeals an adverse judgment following the bench
trial of his action involving the Fair Housing Act, 42 U.S.C.
§§ 3601 *et seq.* Finding neither clearly erroneous findings of
fact, abuse of discretion nor error of law, and on the facts as
found, authorities cited, and reasons assigned in the careful and
comprehensive opinion by the trial court filed February 23, 1995,
the judgment appealed is AFFIRMED.

---

[*]Local Rule 47.5 provides: "The publication of opinions that
have no precedential value and merely decide particular cases on
the basis of well-settled principles of law imposes needless
expense on the public and burdens on the legal profession."
Pursuant to that Rule, the court has determined that this opinion
should not be published.